# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

| | |
|---|---|
| **GEORGE MOORE, individually and on behalf of all others similarly situated,** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:25-cv-13487 |
| | ) |
| **ALPHA ELECTRIC GROUP LLC D/B/A OMNI POWER and OUR WORLD ENERGY LLC,** | ) |
| | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, George Elkins, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to ALPHA ELECTRIC GROUP LLC D/B/A OMNI POWER in Maricopa County, AZ on November 14, 2025 at 12:53 pm at 2915 E Baseline Rd, Ste 107, Gilbert, AZ 85234-2427 by leaving the following documents with Julie Stowell who as Manager at Basic Expertise is authorized by appointment or by law to receive service of process for ALPHA ELECTRIC GROUP LLC D/B/A OMNI POWER.

SUMMONS IN A CIVIL ACTION

White Female, est. age 35-44, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.3786083059,-111.7699012175
Photograph: See Exhibit 1

Total Cost: $110.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

La Paz County ,

AZ     on     11/17/2025     .

/s/ *George Elkins*

Signature
George Elkins
+1 (928) 302-6709

