# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| **GEORGE MOORE, on behalf of himself and others similarly situated,** | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff* | | |
| v. | | Civil Action No. 1:25-cv-13487 |
| **ALPHA ELECTRIC GROUP LLC D/B/A OMNI POWER and OUR WORLD ENERGY LLC,** | | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Tammy Tindall, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to OUR WORLD ENERGY LLC in Maricopa County, AZ on November 26, 2025 at 10:34 am at 2501 W Phelps Rd, Phoenix, AZ 85023-3208 by leaving the following documents with Caleb Antonucci who as Registered Agent is authorized by appointment or by law to receive service of process for OUR WORLD ENERGY LLC.

SUMMONS IN A CIVIL ACTION, COVER SHEET, COMPLAINT – CLASS ACTION

White Male, est. age 35-44, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.6361186507,-112.1117665393
Photograph: See Exhibit 1

Total Cost: $220.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

    Maricopa County    ,

    AZ    on    11/26/2025    .

/s/ *Tammy Tindall*

Signature
Tammy Tindall
+1 (602) 463-0607



Exhibit 1a)