**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: George Moore v. Alpha Electric Group LLC d/b/a Omni Power

Case Number: 25-cv-13487

An appearance is hereby filed by the undersigned as attorney for:

Alpha Electric Group LLC d/b/a Omni Power

Attorney name (type or print): Natalie Burris

Firm: Hinshaw & Culbertson LLP

Street address: 151 North Franklin Street, Suite 2500

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6308676          Telephone Number: 312-704-3000

Email Address: nburris@hinshawlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 5, 2025

Attorney signature:    s/ Natalie Burris
(Use electronic signature if the appearance form is filed electronically.)