**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| George Moore, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:25cv13487 |
| v. | ) ) ) | |
| Alpha Electric Group LLC d/b/a Omni Power, and Our World Energy LLC, | ) ) ) | Judge: Matthew F. Kennelly |
| Defendants. | ) | |

**DEFENDANT ALPHA ELECTRIC GROUP LLC d/b/a OMNI POWER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant Alpha Electric Group LLC d/b/a Omni Power ("Defendant"), by and through its attorneys, Hinshaw & Culbertson LLP, and pursuant to Fed. R. 6(b)(1)(A), and respectfully requests an extension of time to file its responsive pleading to Plaintiff George Moore's ("Plaintiff") complaint (the "Complaint"). In support of this motion, Defendant states as follows:

1. Plaintiff filed the Complaint on November 4, 2025.

2. Defendant was allegedly served on November 14, 2025, causing its responsive pleading due to be filed on December 5, 2025.

3. Defendant is currently in the process of diligently gathering the documentation and information required to be able to adequately and fully respond to Plaintiff's Complaint and explore a potential resolution of the matter.

4. Defendant now seeks an additional thirty-five (35) days, through January 9, 2026, to file its pleading in response to Plaintiff's Complaint to allow it time to complete its investigation and file an adequate responsive pleading.

1

5. No party will be prejudiced by allowing Defendant an extension of time to answer or otherwise plead to Plaintiff's Complaint.

6. Plaintiff's counsel has been consulted about this extension and has consented to the extension.

7. The instant motion is Defendant's first request for an extension of time to answer or otherwise plead to Plaintiff's Complaint.

WHEREFORE, Defendant, with the consent of counsel for Plaintiff, respectfully requests that this Honorable Court it an extension of time, through and including January 9, 2026, to respond to Plaintiff's Complaint, and granting such further relief as the Court finds just and appropriate.

HINSHAW & CULBERTSON LLP

*s/ Natalie Burris*
Natalie Burris

Justin M. Penn
Natalie Burris
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Phone: 312-704-3000
Fax: 312-704-3001
jpenn@hinshawlaw.com
nburris@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, Natalie Burris, an attorney, hereby certify that on December 5, 2025 I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, Defendant's Unopposed Motion for Extension of Time by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record at or before 5:00 p.m. as indicated below.

*/s/ Natalie Burris*

## SERVICE LIST

Paronich Law, P.C.
Anthony Paronich, Esq.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
*Attorneys for Plaintiff*
**Email: Anthony@paronichilaw.com**
*Via ECF*