IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| George Moore, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:25cv13487 |
| v. | ) ) ) | |
| Alpha Electric Group LLC d/b/a Omni Power, and Our World Energy LLC, | ) ) ) | Judge: Matthew F. Kennelly |
| Defendants. | ) | |

**DEFENDANT ALPHA ELECTRIC GROUP LLC d/b/a OMNI POWER'S NOTIFICATION OF AFFILIATES**

Defendant Alpha Electric Group LLC d/b/a Omni Power ("Defendant"), by and through its attorneys, makes the following disclosure to the Court, pursuant to Fed. R. Civ. P. 7.1 and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Defendant is a domestic limited liability company, and its principal place of business is located in Scottsdale, Arizona. Got Solar Solutions LLC, which is wholly owned by Alexander Charczenko, owns more than 5% of Defendant, TrillSquadSunCore LLC, which is wholly owned by William Durlene, owns more than 5% of Defendant. SunCasa Solar LLC, which is wholly owned by Kevin Zuckner, owns more than 5% of Defendant. Megawatt Menaces LLC, which is wholly owned by Ali Wright, owns more than 5% of Defendant.

1

No publicly held corporation owns 10% or more of Defendant's stock.

Dated: December 5, 2025                              HINSHAW & CULBERTSON LLP


                                                     *s/ Natalie Burris*
                                                     Natalie Burris

Justin M. Penn
Natalie Burris
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Phone: 312-704-3000
Fax: 312-704-3001
jpenn@hinshawlaw.com
nburris@hinshawlaw.com

## CERTIFICATE OF SERVICE

    I, Natalie Burris, an attorney, hereby certify that on December 5, 2025, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, Defendant's Notification of Affiliates by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record at or before 5:00 p.m. as indicated below.

                                                               */s/ Natalie Burris*

## SERVICE LIST

Paronich Law, P.C.
Anthony Paronich, Esq.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
*Attorneys for Plaintiff*
**Email: Anthony@paronichilaw.com**
*Via ECF*