# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

George Moore

                         Plaintiff,

v.                                          Case No.: 1:25−cv−13487

                                               Honorable Matthew F. Kennelly

Alpha Electric Group LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, December 6, 2025:

       MINUTE entry before the Honorable Matthew F. Kennelly: Defendant Alpha Electric Group's unopposed motion for extension of time [10] is granted; response to complaint is to be filed by 1/9/2026. This does not affect any other date or deadline set by the Court. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.