IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, § § § <br> **Plaintiff,** § § <br> vs. § <br> § <br> ALPHA ELECTRIC GROUP LLC D/B/A § OMNI POWER, and OUR WORLD § LLC, § § <br> **Defendants.** § | Case No. 1:25-CV-13487 |

## STIPULATION

In the above-captioned lawsuit, Plaintiff George Moore ("Plaintiff") effectuated service of process on Defendant Our World Energy, LLC ("Our World Energy") on or around November 26, 2025. Plaintiff has had discussions with Caleb B. Bulls,[1] counsel for Our World Energy, and understands that Our World Energy is in the process of retaining counsel who are admitted to practice law in the United States District Court for the Northern District of Illinois to represent it in this lawsuit.

To accommodate Our World Energy, Plaintiff **HEREBY STIPULATES** that the deadline for Our World Energy to answer Plaintiff's *Class Action Complaint* (the "Complaint") or to otherwise respond to the Complaint (i.e., by filing a Rule 12 motion) is January 16, 2026.

---

[1] Mr. Bulls is admitted to practice law in the State of Texas, but is not admitted to practice law in the State of Illinois or admitted to the United States District Court for the Northern District of Illinois. It is understood that Mr. Bulls will file an application to be admitted *pro hac vice* in this lawsuit.

**SO STIPULATED:**

*/s/Anthony Paronich*
Anthony Paronich
anthony@paronichlaw.com
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Phone: (617) 485-0018

***Attorney for Plaintiff***