UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

George Moore
                          Plaintiff,

v.                                        Case No.: 1:25−cv−13487
                                        Honorable Matthew F. Kennelly

Alpha Electric Group LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 30, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report and declines at this time to defer the setting of a discovery and pretrial schedule. Discovery may proceed. Rule 26(a)(1) disclosures are to be made by 1/27/2026. The deadline for amending the pleadings and adding parties is 4/30/2026. Rule 26(a)(2) disclosure pertinent to the anticipated motion for class certification are to be made by 6/29/2026; rebuttal disclosures are to be made by 7/30/2026. The deadline for filing a motion for class certification is 8/31/2026. The telephonic status hearing set for 1/6/2026 is vacated and reset to 2/18/2026 at 9:00 AM, using the following call−in number: 650−479−3207, access code 2305−915−8729. A joint status report regarding the progress of discovery and any settlement discussions is to be filed on 2/11/2026. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.