IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| **GEORGE MOOEW**, individually and on behalf of all others similarly situated, § § § § | | |
| *Plaintiff*, § | | |
| v. § § | Case No. 1:25-cv-13487-P | |
| **ALPHA ELECTRIC GROUP LLC D/B/A OMNI POWER** and **OUR WORLD ENERGY, LLC,** § § § § § | | |
| *Defendants* § | | |

## NOTIFICATION OF AFFILIATES

Defendant Our World Energy, LLC ("Our World Energy"), by and through its attorneys, makes the following disclosure to the Court, pursuant to Federal Rule of Civil Procedure 7.1 and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois.

Our World Energy is a limited liability company that is formed and headquartered in the State of Arizona. Caleb Antonucci, an individual, owns 100% of Our World Energy.

No publicly held corporation owns 10% or more of Our World Energy.

Respectfully submitted,

/s/Caleb B. Bulls
Caleb B. Bulls
Texas State Bar No. 24082749
caleb.bulls@kellyhart.com
**KELLY HART & HALLMAN, LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Facsimile: (817) 878-9280
*Admitted Pro Hac Vice*

Erik J. Ives (ARDC #6289811)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1202
eives@foxswibel.com

*Attorneys for Defendant Our World Energy*

## CERTIFICATE OF SERVICE

On January 8, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the Court. I hereby certify that I have served the following counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043

Justin Penn
Natalie Burris
**HINSHAW & CULBERTSON, LLP**
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606

/s/Caleb B. Bulls
Caleb B. Bulls