An official website of the United States government. Here's how you know. ⌄   Log in to PACER Systems ⇥



## Party Search Results

**Search Criteria:** Party Search; Last Name: [Moore]; First Name: [George]
**Result Count:** 38 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Cou... |
|---|---|---|---|
| Moore, George (pla) | 1:2019cv04752 | Moore v. Security Systems Inc. et al | ILLI... COU... |
| Moore, George (pla) | 1:2019cv07707 | Moore v. AJT Diabetic Incorporated et al | ILLI... COU... |
| Moore, George (pla) | 1:2020cv00980 | Moore v. Charter Communications, Inc. | ILLI... COU... |
| Moore, George (pla) | 1:2020cv03120 | Moore v. Clear Link Technologies, LLC et al | ILLI... COU... |
| Moore, George (pla) | 1:2020cv03690 | Moore v. Lighthouse Insurance Group, LLC et al | ILLI... COU... |
| Moore, George (pla) | 1:2020cv05038 | Moore v. AJT Diabetic Inc. | ILLI... COU... |
| Moore, George (pla) | 1:2020cv05814 | Moore v. Capital Health Advisors Inc. et al | ILLI... COU... |
| Moore, George (pla) | 1:2020cv06206 | Moore v. American Service Insurance Agency LLC et al | ILLI... COU... |
| Moore, George (pla) | 3:2020cv01867 | Moore v. Charter Communications, Inc. | CON... COU... |
| Moore, George (pla) | 1:2020cv07666 | Moore v. Tribune Publishing Company | ILLI... COU... |
| Moore, George (pla) | 1:2021cv00042 | Moore v. Russ et al | ILLI... COU... |
| Moore, George (pla) | 1:2021cv00975 | Moore v. Auto Protecht LLC et al | ILLI... COU... |
| Moore, George (pla) | 1:2021cv01106 | Moore v. Livefree Emergency Response, Inc. | ILLI... COU... |
| Moore, George (pla) | 1:2021cv02134 | Moore v. Cure Pharmacy, Inc. et al | ILLI... COU... |
| Moore, George (pla) | 1:2021cv02403 | George Moore v Independence American Insurance Company | ILLI... COU... |
| Moore, George (pla) | 1:2021cv03175 | Moore v. Glutality Health Management, LLC | ILLI... COU... |
| Moore, George (pla) | 1:2021cv04395 | Moore v. Pro Custom Solar LLC d/b/a Momentum Solar | ILLI... COU... |
| Moore, George (pla) | 1:2021cv04919 | Moore v. Healthcare Solutions Inc. et al | ILLI... COU... |

| Party Name | Case Number | Case Title | Cou |
|---|---|---|---|
| Moore, George (pla) | 1:2021cv05079 | Moore v. Auto Protecht LLC | ILLI COU |
| Moore, George (pla) | 1:2021cv05572 | Moore v. HealthCompare Insurance Services, Inc. et al | ILLI COU |
| Moore, George (pla) | 1:2022cv00102 | Moore v. Open Access Insurance, LLC | ILLI COU |
| Moore, George (pla) | 1:2022cv00899 | Moore v. DeSalvo Financial Corp d/b/a Ocean Breeze Insurance et al | ILLI COU |
| Moore, George (pla) | 1:2022cv01476 | Moore v. OKCity Rx LLC | ILLI COU |
| Moore, George (pla) | 1:2022cv01539 | Moore v. Demand Science Group, LLC | ILLI COU |
| Moore, George (pla) | 1:2022cv02489 | Moore v. Realgy, LLC | ILLI COU |
| Moore, George (pla) | 1:2022cv04362 | Moore v. Elite Health Investments, Inc. | ILLI COU |
| Moore, George (pla) | 1:2022cv05221 | Moore v. HA Energy Solutions, LLC | ILLI COU |
| Moore, George (pla) | 1:2023cv03225 | Moore v. AJ's Dent, LLC | ILLI COU |
| Moore, George (pla) | 1:2023cv04334 | Moore v. Nicole Hupp & Associates, LLC | ILLI COU |
| Moore, George (pla) | 1:2023cv05106 | Moore v. Global Adjusting, Co. | ILLI COU |
| Moore, George (pla) | 1:2023cv14041 | Moore v. Sabal Media Group, LLC | ILLI COU |
| Moore, George (pla) | 1:2023cv15444 | Moore v. Blue Nile, Inc. | ILLI COU |
| Moore, George (pla) | 1:2023cv16587 | Moore et al v. Farmers Group, Inc. et al | ILLI COU |
| Moore, George (pla) | 1:2024cv04795 | Moore v. Best Storm Leads Corp. | ILLI COU |
| Moore, George (pla) | 1:2025cv02048 | Moore v. CHW Group, Inc. d/b/a Choice Home Warranty | ILLI COU |
| Moore, George (pla) | 1:2025cv02743 | Moore v. Adic Pro LLC | ILLI COU |
| Moore, George (pla) | 1:2025cv04568 | Moore v. C&N Construction Inc. | ILLI COU |
| Moore, George (pla) | 1:2025cv13487 | Moore v. Alpha Electric Group LLC | ILLI COU |

| PACER Service Center | | 01/16/2026 10:36:33 |
|---|---|---|
| **User** | khhcaseview | |
| **Client Code** | | |

| | |
|---|---|
| **Description** | All Court Types Party Search |
| | All Courts; Name Moore, George; All Courts; Date Filed 01/01/2018 to 01/16/2026; Jurisdiction CV; Nature Of Suit 485; Page: 1 |
| **Billable Pages** | 1 ($0.10) |

PACER FAQ			Privacy & Security			Contact Us

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.