# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

George Moore
                                           Plaintiff,

v.
                                          Case No.: 1:25−cv−13487
                                          Honorable Matthew F. Kennelly

Alpha Electric Group LLC, et al.
                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, January 17, 2026:

       MINUTE entry before the Honorable Matthew F. Kennelly: Based on one defendant's filing of a motion to dismiss, the case is set for a telephonic status hearing on 1/22/2026 at 8:50 AM, using call−in number 650−479−3207, access code 2305−915−8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.