IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>ALPHA ELECTRIC GROUP LLC D/B/A OMNI POWER AND<br>OUR WORLD ENERGY LLC<br><br>　　　　　　　　　Defendants. | Case No. 1:25-cv-13487<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF GEORGE MOORE

1.　　I, George Moore, am over the age of eighteen years and, if called to testify in this action, could state the following.

2.　　This Declaration is being made under the penalty of perjury pursuant to 28 U.S.C. § 1746.

3.　　I make this Declaration in opposition to the Defendant Our World Energy LLC's motion to dismiss for lack of personal jurisdiction.

4.　　I am the plaintiff in this lawsuit.

5.　　I am the user of the residential telephone number 630-XXX-XXXX.

6.　　This telephone number is registered to my residential address in Illinois.

7.　　I am a resident of the State of Illinois.

8.　　The 630- area code is associated with the State of Illinois.

9.　　The telephone number has been on the National Do Not Call Registry since I registered it on March 26, 2006.

10.　　I did not ask for or request calls from Our World Energy LLC, or for that matter Alpha Electric Group LLC D/B/A Omni Power.

11. Defendant Our World Energy LLC directed its conduct into Illinois by, among other things, having its agents call me in Illinois for the purpose of selling me Our World Energy LLC's solar panels, and having its representative come to the front door of my house in Illinois.

12. Indeed, I also asked this representative to email me the sales proposal, and this representative texted the proposal figures and his company name to my cell number. The text message stated "Our World Energy", as did the proposal email, which references a "solar proposal from Our World Energy." I asked the representative why the text message said "Our World Energy" instead of "Omni Power", and he responded that they are the same company.

13. The proposal link in the email, when clicked, prominently featured Our World Energy's name and logo, as follows:



14. It is also my understanding that Our World Energy LLC maintains an office in Peoria, Illinois, and that it employs staff there to manage solar installation site surveys.

15. Based on the Defendant's representative visiting my house in Illinois as well as its agents calling an Illinois area code, Our World Energy LLC was well aware that I was located in Illinois, but nevertheless continued to allow itself and its agents, including Alpha Electric Group LLC D/B/A Omni Power, to market solar products and services to me.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this** *February 20, 2026***, in the United States of America,**

*George Moore*
George Moore