**Free Solar Quote Call Now**

OUR WORLD ENERGY

# Peoria, IL

2501 Chatham Rd, Suite N Springfield, IL 62704

We offer multiple solar options and affordable financing that allows everyone to harness the power of solar energy in their home.

Take ownership of your energy by reaching out to us today!

**CALL 623.850.5700**

**LEAVE US A REVIEW**

## Calculate Your Potential Savings with Solar in Illinois

First name *

Last name *

Email address *

Phone number *

Credit Score *
– Sel

Street Address *

City *

State *

☐ By checking this box, I consent to receive text messages related to account notifications and customer care from Our World Energy. You can reply "STOP" at any time to opt-out. Message and data rates may apply. Message frequency may vary, text HELP to (623) 850-5700 for assistance. For more information, please refer to our privacy policy (https://ourworldenergy.com/privacy-policy/), and SMS Terms and

**Free Solar Quote Call Now**



terms-of-service/) on our website.

**GET A FREE QUOTE**





### Our World Energy

2501 W Phelps Rd, Phoenix, AZ 85023

(623) 850-5700

CustomerService@ourworldenergy.com

  

#### RESOURCES

About

Privacy Policy

SMS Terms of Service

**Free Solar Quote Call Now**



Careers

Customer Support Line

Contact Us

**STATES**

Arizona

Colorado

New Mexico

Texas

Illinois

**SERVICES**

Solar Financing

Solar Panel Installation



© 2026 BY OUR WORLD ENERGY. ALL RIGHTS RESERVED.