# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

George Moore

                            Plaintiff,

v.                                                         Case No.: 1:25−cv−13487
                                                                    Honorable Matthew F. Kennelly

Alpha Electric Group LLC, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 11, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 3/11/2026. Defendant Our World Energy's motion to dismiss [24] is denied with respect to the motion to dismiss under Rule 12(b)(6). Ruling on the motion to dismiss under Rule 12(b)(2) [24] is entered and continued. Written discovery requests are to be served by 3/16/2026; a 14−day response period will apply. All jurisdictional discovery is to be completed by 5/13/2026. This date will not be extended. Plaintiff's further response to the motion to dismiss is due 5/27/2026; defendant Our World Energy's reply is due 6/12/2026. Discovery can proceed regarding defendant Alpha Electric Group LLC. The case is set for a telephonic status hearing on 6/17/2026 at 9:00 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. The parties are directed to file a joint status report by 6/10/2026. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.