Docusign Envelope ID: 0D81552E-BD45-48FD-B752-013494730F5B

## JOINT VENTURE AGREEMENT

Between Omni Power LLC (Coltrane Charczenko) and Kingman Solar Power LLC (Jesse Brower)

This Joint Venture Agreement ("Agreement") is entered into as of the Effective Date set forth below by and between:

1. Omni Power LLC, a solar energy company, together with its sole owner and authorized representative Coltrane Charczenko ("Omni Power" or "Coltrane"); and

2. Kingman Solar Power LLC, an Arizona limited liability company, together with its sole owner and authorized representative Jesse Brower ("Kingman Solar Power" or "Jesse").

Collectively, Omni Power/Coltrane and Kingman Solar Power/Jesse shall be referred to as the "Parties," and individually as a "Party."

### 1. PURPOSE

The Parties agree to jointly establish and operate a call center dedicated to solar energy appointment generation and related services (the "Call Center").

### 2. RESPONSIBILITIES

#### 2.1 Contributions of Omni Power/Coltrane:

Omni Power/Coltrane shall provide all necessary capital funding, including without limitation:
- Agent payroll
- Computers and equipment
- Office building and facilities
- All other expenses reasonably associated with operating the Call Center.

#### 2.2 Contributions of Kingman Solar Power/Jesse:

Jesse shall contribute 20 years of call center expertise, and shall:
- Hire and train managers and agents
- Secure and establish the office building
- Implement the systems, processes, and infrastructure required to operate the Call Center.

### 3. PROFIT SHARING

#### 3.1 Definition of Net Profit:

For the purposes of this Agreement, "Net Profit" means gross revenue from Call Center operations minus:
- Salesperson commissions
- Call Center operating expenses.

ALPHA000087

Docusign Envelope ID: 0D81552E-BD45-48FD-B752-013494730F5B

### 3.2 Allocation of Net Profit:

Kingman Solar Power/Jesse shall receive 37.5% of all Net Profit.
The remaining 62.5% shall be retained by Omni Power/Coltrane.

### 3.3 Example:

If Net Profit totals $100,000, Kingman Solar Power/Jesse shall be entitled to $37,500, and
Omni Power/Coltrane shall retain $62,500.

## 4. NOTE ON CALL CENTER PAYMENTS

Jesse shall receive a $500 M1 payment on every single job produced through the Call Center.
This payment is not treated as additional compensation but rather as an advance against
Jesse's share of Net Profit. Such advances may be clawed back from Jesse's 37.5% profit
share during final profit distribution and accounting.

Dealer Operations (Separate and Distinct):
Jesse, through Kingman Solar Power, holds a $2.00 red line in Texas. This dealer
relationship is completely separate from Call Center operations.

For dealer-side jobs:
- Jesse shall receive a $1,000 M1 payment on every job.
- Jesse shall be paid based on the $2.00 red line.

Dealer revenues and Call Center revenues shall never be co-mingled.

## 5. NON-CIRCUMVENTION

### 5.1 Protections:

Omni Power/Coltrane agrees not to circumvent or exclude Jesse from Call Center
operations. Specifically:
- Omni Power/Coltrane may not hire, recruit, or otherwise use any Call Center agents,
managers, or staff that Jesse has recruited, trained, or engaged in connection with this
venture.
- If Omni Power/Coltrane desires to create a separate call center operation without Jesse, it
must be done with:
  • New agents
  • A new office
  • New equipment
  • No overlap with resources or staff introduced by Jesse.

### 5.2 Ownership:

Jesse shall retain ownership interest in the Call Center venture and shall always be entitled
to 37.5% of Net Profit for as long as the joint Call Center operates.

ALPHA000088

Docusign Envelope ID: 0D81552E-BD45-48FD-B752-013494730F5B

### 6. FUTURE DEAL STRUCTURES

If the Parties choose not to proceed under this Agreement, then Jesse shall:
- Personally set appointments for Omni Power/Coltrane, enabling repayment of Coltrane's initial investment.
- Potentially work under a straight commission deal, subject to a separate, subsequent written agreement.

### 6A. DIRECT ENGAGEMENT WITH RODEL NQAQUINES

Effective as of October 7, 2025, the Parties agree that Coltrane Charczenko, on behalf of Omni Power LLC, shall have the right to work directly with Rodel Nqaquines, residing at 140 Jayme St, Zone Ubi, Paknaan, Mandaue City, Cebu 6014, Philippines, provided that Jesse Brower, on behalf of Kingman Solar Power LLC, shall continue to receive:

- A guaranteed $500 M1 payment on every job produced pursuant to this arrangement, and
- 37.5% of Net Profit as defined in Section 3 of this Agreement.

This clause is a binding modification and shall not limit or diminish Jesse's entitlements under Sections 3 and 4 of this Agreement.

### 7. TERM AND TERMINATION

This Agreement shall remain in force until terminated by written mutual agreement of the Parties.

### 8. GOVERNING LAW AND ENFORCEMENT

This Agreement shall be recognized as legally binding and enforceable in:
- All 50 United States of America states...
- The entire Republic of the Philippines.
- The entire United Mexican States (Mexico).

Each Party agrees that this Agreement is binding and enforceable across the jurisdictions above without limitation or exception.

### 9. ENTIRE AGREEMENT

This Agreement constitutes the full and complete understanding of the Parties with respect to the subject matter herein. Any modifications must be made in writing and signed by both Parties.

### 10. SIGNATURES

Omni Power LLC / Coltrane Charczenko

By: _____ Signed by: *Coltrane Charczenko*

Name: C _____ D45901F3978A4F5...

Title: Owner

Date: _____ 10/6/2025

ALPHA000089

Docusign Envelope ID: 0D81552E-BD45-48FD-B752-013494730F5B

Kingman So̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶esse Brower
By: _____
Name: Jesse Brower
Title: Owner
Date: _____10/6/2025_____

ALPHA000090