# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

George Moore

                Plaintiff,

v.

Alpha Electric Group LLC, et al.

                Defendant.

Case No.: 1:25−cv−13487

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to compel [30] is set for a telephonic hearing on 4/21/2026 at 8:50 AM, using call−in number 650−479−3207, access code 2305−915−8729. Any response is to be filed by 4/17/2026. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.