| | |
|---|---|
| **From:** | Burris, Natalie |
| **To:** | "Anthony Paronich" |
| **Cc:** | Caleb Bulls; Penn, Justin M.; Ives, Erik J.; John R. Gillett |
| **Bcc:** | "{F7182279}.ACTIVE@mail.cloudimanage.com" |
| **Subject:** | RE: Moore v. Our World Energy, LLC and Alpha Electric [HINSHAW-ACTIVE.FID7182279] |
| **Date:** | Wednesday, April 15, 2026 3:11:47 PM |
| **Attachments:** | image005.png |
| | image006.png |

Hi Anthony,

We are working on the reports of the search terms. As for the information related to the Joint Venture calling campaign, our client has not heard from Mr. Brower and thus has been unable to confirm whether he intends to seek representation.

Thanks,

**Natalie Burris** *(she/her)*
Senior Counsel
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3909 | **F:** 312-704-3001
nburris@hinshawlaw.com
My Bio | hinshawlaw.com | in f X ⊙



Proudly
**MANSFIELD RULE
CERTIFIED** *PLUS*

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Wednesday, April 15, 2026 1:52 PM
**To:** Burris, Natalie <nburris@hinshawlaw.com>
**Cc:** Caleb Bulls <Caleb.Bulls@kellyhart.com>; Penn, Justin M. <jpenn@hinshawlaw.com>; Ives, Erik J. <eives@foxswibel.com>; John R. Gillett <John.Gillett@kellyhart.com>
**Subject:** Re: Moore v. Our World Energy, LLC and Alpha Electric [HINSHAW-ACTIVE.FID7182279]

| | |
|---|---|
| ***External email***<br>This message came from outside your organization. | Report Suspicious ⍰ |

Natalie:

Please produce the reports of the output of the search terms so we can understand what you're saying.

Our next steps with respect to the scope of this data also depends on what information related to the Joint Venture calling campaign will be produced. You had indicated we would hear back on that, but have not.

That data also impacts any ability we have to mediate, if your client is interested in that (I don't think we heard back on that).

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Wed, Apr 15, 2026 at 2:40 PM Burris, Natalie <nburris@hinshawlaw.com> wrote:

> Hi Anthony,
>
> The emails and texts between OWE and Omni still exceed an estimated 100k even with the search terms, and our client is continuing to collect the correspondence.  Due to the volume, we propose a rolling production, with half by this Friday, 4/17, and the remaining by next Wednesday, 4/22.
>
> With respect to correspondence between Kingman and Omni, it consists of text messages and WhatsApp chats.  Our client estimates there are over 10k.  Due to the volume of this correspondence, can you propose search terms to see if we can narrow this down?  We can then aim to have this correspondence produced by 4/22.
>
> Please advise if acceptable and if you wish to discuss further on a call.
>
> Thanks,
>
> **Natalie Burris** *(she/her)*
> Senior Counsel
> **Hinshaw & Culbertson LLP**
> 151 North Franklin Street, Suite 2500, Chicago, IL 60606
>
> **O:** 312-704-3909 | **F:** 312-704-3001
> nburris@hinshawlaw.com
> My Bio | hinshawlaw.com | in f X ⊚
>
>
>
> Proudly
> MANSFIELD RULE
> CERTIFIED *PLUS*
>
> ---
>
> **From:** Anthony Paronich <anthony@paronichlaw.com>

**Sent:** Monday, April 13, 2026 10:58 AM
**To:** Burris, Natalie <nburris@hinshawlaw.com>
**Cc:** Caleb Bulls <Caleb.Bulls@kellyhart.com>; Penn, Justin M. <jpenn@hinshawlaw.com>; Ives, Erik J. <eives@foxswibel.com>; John R. Gillett <John.Gillett@kellyhart.com>
**Subject:** Re: Moore v. Our World Energy, LLC and Alpha Electric [HINSHAW-ACTIVE.FID7182279]

Natalie:

What is the status? If we don't have an agreement by Wednesday, we plan to compel what should be produced under your client's current responses.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Mon, Apr 6, 2026 at 5:45 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Natalie:
>
> Despite not hearing back as agreed last week, we are amenable to hearing back at the end of this week on those documents.
>
> For the correspondence, this issue is inconsistent with your client's response and it's lack of objection (which was waived in any event).  However, if we get a verification that there are over 100,000 e-mails, this would be our proposed list:
>
>> ("Our World Energy" OR OWE) w/10 (Omni OR "Omni Power") w/10 (lead* OR campaign* OR transfer* OR appointment*)
>> ("Our World Energy" OR OWE) w/10 (Omni OR "Omni Power") w/10 (script* OR dial* OR dialing OR robocall OR autodial* OR prerecorded)
>> ("Our World Energy" OR OWE) w/10 (Omni OR "Omni Power") w/10 (TCPA OR consent OR "prior express consent" OR DNC OR "do not call" OR opt-out OR compliance)
>> ("Our World Energy" OR OWE) w/10 (Omni OR "Omni Power") w/10 (report* OR metric* OR KPI OR performance OR conversion OR volume OR sales)
>> ("Our World Energy" OR OWE) w/10 (Omni OR "Omni Power") w/10 (payment* OR commission* OR payout* OR bonus OR chargeback* OR revenue)