**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| George Moore, on behalf of himself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> Alpha Electric Group LLC d/b/a Omni Power and Our World Energy, LLC <br><br> *Defendant*. | Civil Case No.: **1:25-cv-13487** <br><br> **Judge: Mathew F. Kennelly** <br><br> **Jury Trial Demanded** |

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION**
**TO COMPEL ALPHA ELECTRIC GROUP LLC**

Defendant's response attempts to recast its ongoing failure to produce plainly responsive discovery as a cooperative and ongoing process, but the record demonstrates otherwise. Defendant has repeatedly acknowledged the existence of substantial volumes of responsive communications and agreed to produce them, yet it has failed to follow through on those commitments.

Most notably, *after the Plaintiff filed his motion*, Defendant expressly represented that it would make a rolling production, including producing approximately half of the responsive materials by April 17, 2026. (ECF No. 32-1 at 2). That production did not occur. Defendant did not produce the promised documents on April 17, nor did it provide any meaningful supplementation thereafter.

Defendant's attempt to characterize Plaintiff's motion as premature ignores the broader pattern of missed deadlines and unfulfilled commitments. As set forth in Plaintiff's motion, Defendant previously committed to supplement its responses by April 3 and then again by April 13, and failed to do so on both occasions. (ECF No. 30 at 2). The April 17 production was simply the latest in a series of missed deadlines. Under these circumstances, Plaintiff was not

1

required to continue waiting indefinitely while Defendant failed to produce discovery it admittedly possesses while the jurisdictional discovery deadline rapidly approaches with jurisdictional discovery to be completed by May 13, 2026. (ECF No. 30 at 1).

Defendant's reliance on Local Rule 37.2 is similarly misplaced. The parties engaged in multiple meet-and-confer efforts over several weeks, including written correspondence and telephone discussions. (ECF No. 30 at 2). Those efforts were unsuccessful because Defendant repeatedly failed to provide the discovery it agreed to produce.

Defendant does not dispute that the requested communications exist, nor does it maintain any valid objection to their production. Instead, it continues to delay producing them. That delay is particularly prejudicial given the limited timeframe for jurisdictional discovery and the need to prepare for depositions and potential motion practice within the Court's schedule.

The Court should reject Defendant's attempt to shift blame and should grant Plaintiff's motion to compel, order prompt production within a definite and short timeframe, and consider appropriate relief to address the prejudice caused by Defendant's failure to meet its discovery obligations.

PLAINTIFF:

By: */s/ Anthony I. Paronich*
Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
Email: anthony@paronichlaw.com

2

Dated: April 20, 2026