**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

George Moore

                        Plaintiff,

v.                                       Case No.: 1:25−cv−13487
                                       Honorable Matthew F. Kennelly

Alpha Electric Group LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 21, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 4/21/2026. Plaintiff's motion to compel [30] is continued to a telephonic hearing on 5/4/2026 at 9:00 am. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. By no later than 4/28/2026, the parties are directed to file a detailed joint status report that states the following: (1) Everything that has been produced; (2) Any production that remains outstanding; and (3) Any deficiencies. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.