**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : | Case No. 1:25cv13487 |
|  | : |  |
| Plaintiff, | : | Judge: Matthew F. Kennelly |
|  | : |  |
| v. | : |  |
|  | : |  |
| ALPHA ELECTRIC GROUP LLC D/B/A OMNI POWER and OUR WORLD ENERGY LLC, | : | |
|  | : |  |
|  | : |  |
| Defendants. | : |  |

/

**JOINT STATUS REPORT**

Pursuant to the Court's minute entry dated April 21, 2026 (Doc. No. 34), the parties submit this Joint Status Report:

Defendant Alpha Electric Group LLC d/b/a Omni Power ("Defendant") has collected documents responsive to Document Request Nos. 10 and 15 of Plaintiff's first set of requests for production, which consists of approximately 458,000 documents. Accordingly, Defendant has not produced additional documents since its initial responses were served on March 16, 2026. Due to the volume of documents, Defendant continues to complete its review of the documents and requests an additional 6 days, to May 4, 2026, to serve its supplemental responses to Document Request Nos. 10 and 15 of Plaintiff's first set of requests for production, which remain outstanding.

Dated: April 28, 2026

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
*Attorneys for Plaintiff*

*s/ Natalie Burris*

Natalie Burris
 Justin M. Penn
 Natalie Burris
 Hinshaw & Culbertson LLP
 151 North Franklin Street, Suite 2500
 Chicago, IL 60606
 Phone: 312-704-3000
 Fax: 312-704-3001
 jpenn@hinshawlaw.com
 nburris@hinshawlaw.com
*Attorneys for Defendant*
*Alpha Electric Group LLC d/b/a Omni Power*

2