**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

GEORGE MOORE, on behalf of himself and
others similarly situated,

        Plaintiff,

v.

ALPHA ELECTRIC GROUP LLC D/B/A
OMNI POWER and OUR WORLD
ENERGY LLC,

        Defendants.

Case No. 1:25cv13487

Judge: Matthew F. Kennelly

## JOINT STATUS REPORT

Pursuant to the Court's minute entry dated May 4, 2026 (Doc. No. 37), the parties submit this Joint Status Report:

### I. Request to Continue May 21, 2026 Telephonic Status Hearing

Due to a scheduling conflict, the parties jointly request that the telephonic status hearing scheduled for May 21, 2026 at 9:00 am be continued to May 28, 2026 at 9:00 a.m., or another date acceptable to the Court.

### II. Status of Document Production

Defendant Alpha Electric Group LLC d/b/a Omni Power is completing its review of documents responsive to Document Request Nos. 10 and 15 of Plaintiff's first set of requests for production and anticipates tendering its supplemental responses by May 18, 2026.

### III. Revised Briefing Schedule on Jurisdictional Discovery

The parties respectfully request that no briefing schedule be entered at this time regarding jurisdictional discovery issues until the anticipated supplemental document production is

complete and the parties have had an opportunity to review the production and schedule depositions related to the jurisdictional issues before the Court.

Plaintiff anticipates reviewing the supplemental production to determine whether the documents produced identify additional categories of responsive documents that should be requested from either Defendant or that may require further motion practice, including any motion to compel directed to Defendant Our World Energy LLC.

## IV.    Anticipated Steps Following Document Production

Following completion of the supplemental document production, the parties anticipate reviewing the production, meeting and conferring regarding any remaining discovery issues, and scheduling depositions related to jurisdictional discovery. The parties believe these steps may narrow or potentially resolve certain outstanding discovery disputes and permit a more efficient briefing process, if necessary.

Dated: May 14, 2026

/s/ Anthony Paronich
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100
Attorneys for Plaintiff

s/ Natalie Burris
Natalie Burris
 Justin M. Penn
 Natalie Burris
 Hinshaw & Culbertson LLP
 151 North Franklin Street, Suite 2500
 Chicago, IL 60606

2

Phone: 312-704-3000
Fax: 312-704-3001
jpenn@hinshawlaw.com
nburris@hinshawlaw.com
*Attorneys for Defendant*
*Alpha Electric Group LLC d/b/a Omni Power*