**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

GEORGE MOORE, on behalf of himself and
others similarly situated,

       Plaintiff,

v.

ALPHA ELECTRIC GROUP LLC D/B/A
OMNI POWER and OUR WORLD
ENERGY LLC,

       Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
/

Case No. 1:25cv13487

Judge: Matthew F. Kennelly

## JOINT STATUS REPORT

Pursuant to the Court's minute entry dated May 16, 2026 (Doc. No. 39), the parties submit this Joint Status Report:

Defendant Alpha Electric Group LLC d/b/a Omni Power ("Alpha") has completed its review of documents responsive to Document Request No. 15 of Plaintiff's first set of requests for production, which contain personally identifiable information of putative class members (*i.e.*, names, phone numbers, addresses, and credit scores). The parties are working on an agreed protective order that will allow relevant information pertaining to Defendant Our World Energy's jurisdictional arguments to be disclosed. Alpha anticipates tendering its supplemental responses to Document Request No. 15 upon entry of a protective order.

Alpha continues to complete its review of documents responsive to Document Request No. 10 and anticipates tendering its supplemental responses by June 2, 2026.

Dated: May 28, 2026

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

1

Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100
*Attorneys for Plaintiff*

*s/ Natalie Burris*
Natalie Burris
 Justin M. Penn
 Natalie Burris
 Hinshaw & Culbertson LLP
 151 North Franklin Street, Suite 2500
 Chicago, IL 60606
 Phone: 312-704-3000
 Fax: 312-704-3001
 jpenn@hinshawlaw.com
 nburris@hinshawlaw.com
*Attorneys for Defendant*
*Alpha Electric Group LLC d/b/a Omni Power*

2