**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

George Moore

               Plaintiff,

v.

Alpha Electric Group LLC, et al.

               Defendant.

Case No.: 1:25–cv–13487
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, May 30, 2026:

     MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. A proposed protective order is to be submitted to Judge Kennelly's proposed order email address (in Word format) by no later than 6/2/2026. The telephonic status hearing set for 6/4/2026 is vacated and reset to 6/17/2026 at 9:05 AM. The following call–in number will be used for the hearing: 650–479–3207; access code 2305–915–8729. A further joint status report is to be filed on 6/10/2026. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.