## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

GEORGE MOORE, on behalf of himself and others similarly situated,

      Plaintiff,

v.

ALPHA ELECTRIC GROUP LLC D/B/A OMNI POWER and OUR WORLD ENERGY LLC,

      Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 1:25cv13487

Judge: Matthew F. Kennelly

## JOINT STATUS REPORT

Pursuant to the Court's minute entry dated May 30, 2026 (Doc. No. 41), the parties submit this Joint Status Report:

Defendant Alpha Electric Group LLC d/b/a Omni Power ("Alpha") completed its review and redaction of the majority of documents responsive to Document Request Nos. 10 and 15 of Plaintiff's first set of requests for production, which contain personally identifiable information of putative class members (*i.e.*, names, phone numbers, addresses, and credit scores), and anticipates completing all redactions by June 11, 2026. Alpha anticipates finalizing and tendering its supplemental responses by June 12, 2026.

Dated: June 10, 2026

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
*Attorneys for Plaintiff*

1

2

*s/ Natalie Burris*

Natalie Burris
Justin M. Penn
Natalie Burris
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Phone: 312-704-3000
Fax: 312-704-3001
jpenn@hinshawlaw.com
nburris@hinshawlaw.com
*Attorneys for Defendant*
*Alpha Electric Group LLC d/b/a Omni Power*

2