**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

George Moore

                         Plaintiff,

v.                                         Case No.: 1:25−cv−13487
                                         Honorable Matthew F. Kennelly

Alpha Electric Group LLC, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 17, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 6/17/2026. A joint status report that includes an update on production and a proposed revised schedule on the motion to dismiss is due 6/24/2026. The case is set for an in−person status hearing on 6/30/2026 at 9:15 a.m. The hearing will be held in Courtroom 2103. Lead counsel for each side is ordered to appear for the in−person status hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.