**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

GEORGE MOORE, on behalf of himself and
others similarly situated,

      Plaintiff,

v.

ALPHA ELECTRIC GROUP LLC D/B/A
OMNI POWER and OUR WORLD
ENERGY LLC,

      Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
/

Case No. 1:25cv13487

Judge: Matthew F. Kennelly

**JOINT STATUS REPORT**

Pursuant to the Court's minute entry dated June 17, 2026 (Doc. No. 44), the parties submit this Joint Status Report:

Defendant Alpha Electric Group LLC d/b/a Omni Power produced documents on June 22, 2026. The parties are now in the process of scheduling the following jurisdictional depositions:

1. George Moore (plaintiff in the action)

2. Corporate Representative of Defendant Our World Energy, LLC

3. Alexander Charczenko of Defendant Alpha Electric Group LLC d/b/a Omni Power

Because the anticipated depositions are expected to address issues central to the Court's personal-jurisdiction analysis, the parties request sufficient time not only to complete those depositions, but also to conduct any limited follow-up jurisdictional discovery that may be warranted by the testimony or recently produced documents. The parties therefore request that the Court set an August 28, 2026 deadline for the parties to complete the above-described depositions and any other discovery related to personal jurisdiction.

1

99646\330524467.v2

With respect to the pending motion to dismiss [Doc. 24], Plaintiff and Defendant Our World Energy, LLC ("OWE") propose the following briefing schedule:

Plaintiff's further response to OWE's motion to dismiss is due September 4, 2026.

OWE's reply is due September 18, 2026.

Dated: June 24, 2026

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
*Attorneys for Plaintiff*

s/ Natalie Burris
Natalie Burris
Justin M. Penn
Natalie Burris
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Phone: 312-704-3000
Fax: 312-704-3001
jpenn@hinshawlaw.com
nburris@hinshawlaw.com
*Attorneys for Defendant*
*Alpha Electric Group LLC d/b/a Omni Power*

/s/Caleb B. Bulls
Caleb B. Bulls
State Bar No. 24082749
caleb.bulls@kellyhart.com
**KELLY HART & HALLMAN, LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Facsimile: (817) 878-9280

Erik J. Ives (ARDC #6289811)

2

**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1202
eives@foxswibel.com

*Attorneys for Defendant Our World Energy*

3

99646\330524467.v2