**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

George Moore

                    Plaintiff,

v.                                                    Case No.: 1:25−cv−13487
                                                      Honorable Matthew F. Kennelly

Alpha Electric Group LLC, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 25, 2026:

        MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. The in−person status hearing set for 6/30/2026 is vacated. All discovery on jurisdiction is to be completed by 8/28/2026. Response to motion to dismiss is to be filed by 9/4/2026; reply to response is to be filed by 9/18/2026. The parties should not expect extensions of these dates. A joint status report regarding discovery progress is to be filed on 7/24/2026. The case is set for a telephonic status hearing on 9/22/2026 at 9:05 AM, using call−in number 650−479−3207, access code 2305−915−8729. (mk)(Kennelly, Matthew)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.