**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : | |
| | : | Case No. 1:25cv13487 |
| | : | |
| Plaintiff, | : | Judge: Matthew F. Kennelly |
| | : | |
| v. | : | |
| | : | |
| ALPHA ELECTRIC GROUP LLC D/B/A OMNI POWER and OUR WORLD ENERGY LLC, | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| _____ | / | |

**JOINT STATUS REPORT**

Pursuant to the Court's minute entry dated June 25, 2026 (Doc. No. 46), the parties submit this Joint Status Report:

Defendants Alpha Electric Group LLC d/b/a Omni Power is working with co-defendant to finalize documents responsive to Document Request No. 15 ("All communications with Our World Energy") and anticipates completing production by July 28, 2026.  The parties have tentatively scheduled jurisdictional depositions.

Dated: July 24, 2026

*/s/ Anthony Paronich*
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100
*Attorneys for Plaintiff*


*s/ Natalie Burris*
Natalie Burris
Justin M. Penn
Natalie Burris

1

Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Phone: 312-704-3000
Fax: 312-704-3001
jpenn@hinshawlaw.com
nburris@hinshawlaw.com
*Attorneys for Defendant*
*Alpha Electric Group LLC d/b/a Omni Power*

*/s/Caleb B. Bulls*
Caleb B. Bulls
State Bar No. 24082749
caleb.bulls@kellyhart.com
**KELLY HART & HALLMAN, LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Facsimile: (817) 878-9280

Erik J. Ives (ARDC #6289811)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1202
eives@foxswibel.com

*Attorneys for Defendant Our World Energy*

2