**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

GEORGE MOORE, on behalf of himself and
others similarly situated,

      Plaintiff,

v.

ALPHA ELECTRIC GROUP LLC D/B/A
OMNI POWER and OUR WORLD
ENERGY LLC,

      Defendants.

CIVIL ACTION FILE NO. 1:25-cv-13487

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION
FOR RULE 16 STATUS CONFERENCE OR, IN THE
<u>ALTERNATIVE, UNOPPOSED MOTION TO CONTINUE STATUS HEARING</u>**

Plaintiff George Moore, by and through his undersigned counsel, respectfully gives notice that he withdraws his Motion for Rule 16 Status Conference (ECF No. 49), without prejudice to his right to renew the motion if necessary. In the alternative, if the Court does not permit withdrawal of the motion or otherwise intends to proceed with the status hearing, Plaintiff respectfully requests that the Court continue the telephonic status hearing presently scheduled for August 3, 2026, at 9:15 a.m. In support, Plaintiff states as follows:

1.  On July 30, 2026, Plaintiff filed a Motion for Rule 16 Status Conference concerning the parties' ongoing settlement discussions. ECF No. 49.

2.  On July 31, 2026, the Court granted the motion and scheduled a telephonic status hearing for August 3, 2026, at 9:15 a.m. Central Time. ECF No. 50.

3.  Since Plaintiff filed the motion, counsel for Plaintiff and Defendant Our World Energy LLC have continued their discussions concerning the remaining settlement terms.

Complaint                                   1

4. The parties believe that additional discussions may permit them to resolve the remaining issues without the Court's intervention. Plaintiff therefore withdraws the Motion for Rule 16 Status Conference without prejudice to his ability to seek appropriate relief if the remaining issues cannot be resolved.

5. If the Court does not permit withdrawal of the motion or otherwise intends to proceed with a status hearing, Plaintiff respectfully requests a brief continuance.

6. Plaintiff's counsel has an unavoidable scheduling conflict. Specifically, Plaintiff's counsel is required to appear by video for an Initial Case Management Conference in *Abramson v. DRM Marketing LLC*, Case No. 2:26-cv-00535-KT, in the United States District Court for the Western District of Pennsylvania, on August 3, 2026, at 9:00 a.m. Central Time.

7. The conference in *Abramson* was previously scheduled.

8. The *Abramson* conference therefore directly conflicts with the status hearing in this action, which is scheduled to begin only fifteen minutes later.

9. Counsel for Plaintiff conferred with counsel for Defendant regarding the requested relief. Defendant does not oppose the withdrawal of Plaintiff's motion or, in the alternative, a brief continuance of the August 3, 2026 status hearing.

10. No party will be prejudiced by the requested relief. The jurisdictional-discovery deadline remains August 28, 2026, and the parties are continuing both their settlement discussions and their efforts to comply with the Court's existing schedule.

WHEREFORE, Plaintiff respectfully gives notice that he withdraws his Motion for Rule 16 Status Conference (ECF No. 49), without prejudice. In the alternative, Plaintiff respectfully

Complaint                                         2

requests that the Court continue the August 3, 2026 status hearing to a date and time convenient for the Court.

DATED this 1st day of August, 2026.

/s/ Anthony Paronich
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100

Complaint                                    3