## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

George Moore

          Plaintiff,

v.                                 Case No.: 1:25−cv−13487
                                 Honorable Matthew F. Kennelly

Alpha Electric Group LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, August 2, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Based on plaintiff's further filing, the telephonic status hearing set for 9:15 AM on 8/3/2026 is advanced to 8:40 AM on that same date, using call−in number 650−479−3207, access code 2305−915−8729. The hearing should take no more than 5−10 minutes, so there will be no conflict with counsel's video hearing at 9:00 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.