# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

George Moore

                             Plaintiff,

v.                                      Case No.: 1:25−cv−13487
                                      Honorable Matthew F. Kennelly

Alpha Electric Group LLC, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 3, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 8/3/2026. The Court reiterated that the parties should not expect extensions of the previously set deadlines. The case remains set for a telephonic status hearing on 9/22/2026 [46]. Plaintiff's motion to withdraw order [52] is terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.