**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALPHA ELECTRIC GROUP LLC D/B/A OMNI POWER and OUR WORLD ENERGY LLC,<br><br>Defendants. | : | CIVIL ACTION FILE NO. 1:25-cv-13487 |

**NOTICE OF DISMISSAL WITH**
**<u>PREJUDICE WITH RESPECT TO OUR WORLD ENERGY LLC ONLY</u>**

Plaintiff files this Notice of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees as to Our World Energy LLC only, and the putative class claims are dismissed without prejudice with respect to Our World Energy LLC.

The matter will continue against Alpha Electric Group LLC.

DATED this 21st day of August, 2026.

*<u>/s/ Anthony Paronich</u>*

Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100