**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

George Moore
Plaintiff,
v.
Case No.: 1:25−cv−13487
Honorable Matthew F. Kennelly
Alpha Electric Group LLC, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, August 22, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's claims against defendant Our World Energy LLC are voluntarily dismissed without prejudice. The remainder of Our World Energy's motion to dismiss [24] is denied as moot. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.