**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : | Case No. 1:25cv13487 |
| Plaintiff, | : | Judge: Matthew F. Kennelly |
| v. | : | |
| ALPHA ELECTRIC GROUP LLC D/B/A OMNI POWER, | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's minute entry dated July 25, 2026 (Doc. No. 48), the parties submit this Joint Status Report:

Counsel for Defendant Alpha Electric Group LLC d/b/a Omni Power ("Defendant") notes that potential irreconcilable differences have arisen regarding its representation of Defendant in this matter. Counsel is evaluating whether to seek leave of Court to withdraw and anticipates requiring an additional 7 days to discuss with Defendant.

The parties have conferred and, once the status of Defendant's counsel's representation is confirmed, request leave to file a joint status report regarding (1) the status of documents responsive to Document Request No. 15 ("All communications with Our World Energy"); and (2) potential settlement discussions by September 8, 2026.

Dated: August 24, 2026

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff*

*s/ Natalie Burris*

Natalie Burris
Justin M. Penn
Natalie Burris
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Phone: 312-704-3000
Fax: 312-704-3001
jpenn@hinshawlaw.com
nburris@hinshawlaw.com
*Attorneys for Defendant*
*Alpha Electric Group LLC d/b/a Omni Power*