**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

George Moore

Plaintiff,

v.

Case No.: 1:25−cv−13487
Honorable Matthew F. Kennelly

Alpha Electric Group LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 26, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 8/26/2026. Plaintiff's attorney fails to appear. Defense counsel advises that a motion to withdraw will be filed within the next two to three days. The case is set for a telephonic status and hearing on the motion to withdraw on 9/8/2026 at 9:10 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. The Court requests that a representative of Alpha Electric Group LLC participate in the telephonic status hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.