**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| George Moore on behalf of himself and others similarly situated, | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-13487 |
| v. | ) | Judge: Matthew F. Kennelly |
| Alpha Electric Group LLC d/b/a Omni Power, | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Natalie Burris and Jusin M. Penn of Hinshaw & Culbertson LLP ("Defense Counsel") respectfully move this Honorable Court to enter an order allowing them to withdraw as counsel for Defendant Alpha Electric Group LLC d/b/a Omni Power ("Defendant"), pursuant to Local Rule 83.17, and in support, state as follows:

1. On December 5, 2025, Defense Counsel filed their separate appearances in this matter on behalf of Defendant. (Doc. Nos. 9 and 11.)

2. As explained in the most recent status report and to the Court at the most recent case management conference, some potential irreconcilable differences have arise between Defendant and its counsel. Since the status report, Defendant also informed its counsel that due to ongoing financial troubles, the business has reached a point of insolvency and is now officially shut down. Further, Defendant informed its counsel that it has no operating capital remaining and has ceased all business operations. As such, Defendant has instructed its counsel to cease working and withdraw its representation in this case.

3. On August 26, 2026, Defendant's counsel sent Defendant a copy of this motion as well as a copy of the Court's August 26, 2026 Order at Docket Entry 59. This motion was emailed

to Defendant at the email address Defendant uses to communicate with counsel on August 25, 2026. Additionally, Exhibit A to this motion includes a completed Notification of Party Contact Information as required under Local Rule 83.17.

4. Defendant's counsel also informed Defendant on August 26, 2026, that, as a limited liability company, it cannot represent itself in this Court and may not appear in any action or proceeding unless represented by an attorney permitted to practice before this Court. Counsel further informed Defendant that it would be required to obtain new counsel, that failure to obtain new counsel may result in sanctions to Defendant including judgment by default, and that Defense Counsel would be requesting that the Court provide Defendant with twenty-one (21) days to retain new counsel.

Wherefore, Natalie Burris and Jusin M. Penn of Hinshaw & Culbertson LLP, respectfully request that this Honorable Court (1) enter an order granting them leave to withdraw as counsel pursuant to Local Rule 83.17 for Defendant Alpha Electric Group LLC d/b/a Omni Power; (2) grant Defendant Alpha Electric Group LLC d/b/a Omni Power twenty-one (21) days to retain new counsel; and (3) grant any and all further relief this Court deems just and appropriate.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

*/s/ Natalie Burris*

Natalie Burris

Natalie Burris
Justin Penn
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Phone: 312-704-3000
Fax: 312-704-3001
jpenn@hinshawlaw.com
nburris@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I electronically filed this Certificate of Service with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system reflecting service of Motion to Withdraw As Counsel to be served on all counsel of record. I additionally served copies of the Motion to Withdraw on the below party via certified mail and electronic mail on August 28, 2026:

Alpha Electric Group LLC d/b/a Omni Power
c/o Alexander Charczenko
2980 Syracuse St, Unit 136
Denver, CO 80238
alphaelectric396@gmail.com

**To insure notice of any action in said cause, you should retain other counsel therein or file with the clerk of the court, within 21 days after entry of the order of withdrawal, a supplementary appearance stating therein an address to which service of notices or other documents may be made.**

*/s/ Natalie Burris*