**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

George Moore

Plaintiff,

v.

Case No.: 1:25−cv−13487
Honorable Matthew F. Kennelly

Alpha Electric Group LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 1, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: The Court modifies its order of 8/26/2026 (dkt. 59) in two respects. First, the Court now *directs* that a representative of Alpha Electric Group LLC participate in the 9/8/2026 telephonic hearing. Second, plaintiff's motion to compel [30] will also be addressed at the 9/8/2026 telephonic hearing. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.