**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

George Moore

Plaintiff,

v.

Case No.: 1:25−cv−13487
Honorable Matthew F. Kennelly

Alpha Electric Group LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 8, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 9/8/2026. Attorneys Natalie Burris and Justin M. Penn's motion to withdraw [60] is granted. This is conditioned on counsel retaining the records received from Alpha Electric Group LLC for potential production. Alpha Electric Group LLC is directed to preserve any and all records that are responsive to plaintiff's discovery requests previously served in this case. Alpha is given until 10/6/2026 to file an appearance of substitute counsel. If Alpha does not do so, then it will be held in default. The case is set for a telephonic status hearing on 10/9/2026 at 8:30 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. The telephonic status hearing set for 9/22/2026 is vacated. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.