**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALPHA ELECTRIC GROUP LLC D/B/A OMNI POWER<br><br>Defendant. | : | CIVIL ACTION FILE NO. 1:25-cv-13487 |

**<u>PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff George Moore respectfully moves pursuant to Federal Rule of Civil Procedure 41(a)(2) for dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs. In support, Plaintiff states as follows:

1. Alpha Electric Group LLC d/b/a Omni Power ("Alpha") previously appeared in this action through counsel and filed an Answer to Plaintiff's Complaint.
2. On August 28, 2026, Alpha's counsel moved to withdraw from their representation of Alpha. ECF No. 60.
3. Following a hearing on September 8, 2026, the Court granted counsel's motion to withdraw and afforded Alpha until October 6, 2026 to obtain substitute counsel. ECF No. 63. The Court further advised that Alpha would be held in default if substitute counsel did not appear by that date. *Id.*
4. To date, no substitute counsel has appeared on Alpha's behalf, and Plaintiff has received no indication that Alpha has retained counsel or intends to do so.
5. Because Alpha is a limited liability company, it cannot litigate this action without licensed

counsel. Alpha's continued lack of representation therefore leaves the case in a posture in which it cannot proceed in the ordinary course.

6. Under the circumstances, Plaintiff does not believe that pursuing a default against Alpha is the most efficient use of the parties' or the Court's resources. Plaintiff instead respectfully requests dismissal without prejudice so that the present action may be concluded without an adjudication on the merits.

7. Dismissal without prejudice will not unfairly prejudice Alpha. Plaintiff seeks no substantive ruling against Alpha, no award of fees or costs, and no other relief beyond dismissal of the action without prejudice.

8. No class has been certified in this action.

Accordingly, Plaintiff respectfully requests that the Court dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own attorneys' fees and costs, and grant such other relief as the Court deems appropriate.

Dated: October 7, 2026

By: */s/ Anthony I. Paronich*

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorney for Plaintiff*